UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

SEP 1 3 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

MICHAEL L. ANNIS, )
)
Plaintiff(s), )
)
vs. ) Case No. 1:07CV00084LMB
)
ARROW FINANCIAL SERVICES, LLC, )
)
Defendant(s). )

### ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the Court granted an extension of time to and including August 6, 2007 to file an answer or response to the complaint. by defendant(s) **Arrow Financial Services, LLC** on **7/9/07**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this _13th_ day of _September_, 2007.

_____
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE